# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| BRETON S.p.A., | ) | **COURT MINUTES** |
| | ) | BEFORE: John R. Tunheim |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:  05-2631 (JRT/FLN) |
| | ) | Date:  January 26, 2006 |
| CAMBRIA COMPANY, | ) | Court Reporter:  Dawn Hanson |
| | ) | Time Commenced: 4:12 p.m. |
| Defendant. | ) | Time Concluded: 4:55 p.m. |
| | ) | Time in Court:  43 Minutes |
| | ) | |

Hearing on:   Plaintiff's Motion for Preliminary Injunction [Docket No. 9]
              Defendant's Motion for Preliminary Injunction [Docket No. 16]
              Plaintiff's Motion to Strike Defendant's Brief and Affidavit of Martin E. David [Docket No. 53]

APPEARANCES:

   Plaintiff:    Peter M. Lancaster, Kenneth E. Levitt, Gretchen Agee (Dorsey & Whitney)
                 Guiseppe L. Rosa (Italian counsel)

   Defendant:    Timothy Kelly and Tracey Baubie (Kelly & Berens, P.A.)
                 John Clifford (Merchant & Gould)

PROCEEDINGS:

Oral Argument heard. Motion to Strike denied. Motions take under advisement.

IT IS ORDERED:

Written order forthcoming.

s/Sarah E. Bagwell<br>Calendar Clerk